IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SONYA R. LONDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-190 |
| | ) |
| LLOYD J. AUSTIN, III; COL JAMES G. | ) |
| PAIRMORE; LTC (RET) BRUCE BROWN; | ) |
| PATRICK SAMMONS; and CARLTON | ) |
| M. HADDEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service on Defendants and abandonment of the case, and **CLOSES** this civil action.

SO ORDERED this 26th day of February, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA